932 A.2d 875

**Marc A. STATEN, Petitioner,**

v.

**Genece E. BRINKLEY, Respondent.**

**No. 109 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Application for Leave to File Original Process is granted. The Writ of Prohibition is denied. The judge's name is to be stricken from the caption.

932 A.2d 876

**Walter GARNETT, Petitioner,**

v.

**Thomas CORBETT, Attorney General for the Commonwealth of Penna. James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 108 EM 2007.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.